

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00220-CV

___

BIANCO BRAIN AND SPINE, PLLC AND NIKHIL KANTI PATEL, M.D., Appellants

§   On Appeal from the 348th District Court

§   of Tarrant County (348-312620-19)

v.

§   April 17, 2025

LARRY JONES AND SHELLEY JONES, Appellees

§   Memorandum Opinion by Justice Bassel

___

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm the trial court's judgment as to Appellant Nikhil Kanti Patel, M.D. We reverse the part of the trial court's judgment imposing liability on Appellant Bianco Brain and Spine, PLLC, and we render judgment that Appellees Larry Jones and Shelley Jones take nothing from Bianco.

It is further ordered that Appellant Nikhil Kanti Patel, M.D. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
       Justice Dabney Bassel